**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LUIS A. OLIVERA, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 26-00051-KD-B |
| | ) |
| U.S. CONGRESS, | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated March 4, 2026 (Doc. 4) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED** as frivolous.

**DONE** and **ORDERED** this **31st** day of **March 2026**.


/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**